```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNTEE BYRON,

                Plaintiff,

-against-

BRONX PARENT HOUSING NETWORK, VICTOR RIVERA, and CITY OF NEW YORK;

                Defendant.

1:21-cv-2568-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Because of a conflict in the Court's Schedule, the Initial Pretrial Conference scheduled for April 5, 2022 at 2:00 PM is ADJOURNED to April 26, 2022 at 10:30 AM.

**SO ORDERED.**

**Date:  March 22, 2022**
**New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**