```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAUNTEE BYRON,

                Plaintiff,

-against-

BRONX PARENT HOUSING NETWORK, VICTOR RIVERA, and CITY OF NEW YORK,

                Defendants.

1:21-cv-2568-MKV

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court has scheduled an initial pretrial conference in this matter for April 26, 2022 at 10:30 AM. Defendant City of New York submitted a request for a pre-motion conference on its anticipated motion to dismiss. [ECF No. 39]. The Court granted the City's request for a conference and scheduled the conference at the same time as the initial pretrial conference. [ECF No. 42]. In the interim, the parties filed letters requesting that the Court refer them to mediation [ECF Nos. 43–44], which the Court so ordered. [ECF No. 45]. That mediation conference is scheduled for May 9, 2022.

      Defendant City of New York now asks the Court to adjourn the initial pretrial conference pending the outcome of the mediation and stay discovery until the date of the initial pretrial conference. [ECF Nos. 48, 56]. Plaintiff opposes these requests and asks that the case move forward with discovery. [ECF Nos. 49, 57].

      Accordingly, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for April 26, 2022 at 10:30 AM is ADJOURNED to May 31, 2022 at 10:30 AM. The conference will now be held in-person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that Defendant City of New York's Request to stay discovery until the initial pretrial conference is GRANTED.

The Clerk of Court is respectfully requested to terminate docket entries 48 and 56.

**SO ORDERED.**

Date:  **April 21, 2022**
      **New York, NY**

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**