```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUNTEE BYRON,

                Plaintiff,

-against-

BRONX PARENT HOUSING NETWORK,
VICTOR RIVERA, and CITY OF NEW YORK,

                Defendants.

1:21-cv-02568-MKV

ORDER RE: INITIAL PRETRIAL CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

The Court held an initial pretrial conference on July 5, 2022. Counsel for all parties were in attendance. In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- Defendant City of New York is GRANTED leave to file a motion to dismiss. Defendant shall file its motion to dismiss on or before August 5, 2022. Plaintiff's opposition is due on or before September 5, 2022. Any reply is due September 15, 2022. The request by Defendant City of New York to stay discovery obligations pending the Court's ruling on its motion to dismiss is denied.

- At the conference, the parties advised the Court that the referral to the Court-annexed Mediation Program had not yet been closed, although there are no further mediation sessions scheduled. Nonetheless, the parties advised the Court that they continue to engage with one another and the mediator about potential settlement. On or before August 19, 2022, the parties shall file a joint letter advising the Court as to the status (but not substance) of settlement negotiations.

- The Court will enter the case management plan and scheduling order separately.

**SO ORDERED.**

**Date: July 6, 2022**
**New York, NY**

                                                    */s/ Mary Kay Vyskocil*
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**