

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

July 18, 2022

Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, NY 10007

**VIA ECF**

      Re:    *Byron v. Bronx Parent Housing Network*
                Docket No. 21 Civ. 2568 (MKV)

Dear Judge Vyskocil:

      I represent the Bronx Parent Housing Network. I write to inform the Court that the parties have had a telephonic "meet and confer" about an expert discovery schedule, as required by ¶ 9(a) of the Court's Civil Case Management Plan and Scheduling Order [DE 61].

      The parties agreed to this schedule:

      (1) Plaintiff shall identify experts and provide all information required under the Federal Rules of Civil Procedure by November 21, 2022

      (2) Defendants shall identify experts and provide all information required under the Federal Rules of Civil Procedure by December 19, 2022.

      (3) All expert discovery, including expert depositions, shall conclude by January 5, 2023.

      Thank you for your consideration of this matter.

Very truly yours,

SOKOLOFF STERN LLP

Brian S. Sokoloff

BSS/--
cc:    All counsel of record
       **VIA ECF**