MARTIN DRUYAN AND ASSOCIATES ATTORNEYS

450 7TH AVE

NEW YORK, NEW YORK 10123   SUITE 508

917-861-4836, 212-279-5577, MD@DRUYANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2022

Sept. 25, 2022                                                                          BY ECF FILING ONLY

Hon. Mary Kay Vyskocil

U.S. District Court

Southern District of New York

Foley Square N.Y.,

N. Y.

Hon. Judge  Mary Kay Vyskocil:

   Re: BYRON V BRONX PARENT HOUSING NETWORK, VICTOR RIVERA, CITY OF   NEW YORK,   Docket 1:21 CV 02568  MKV

   Request "Leave of Court"  Pursuant to Rules of the Federal Bureau of Prison,

   Federal Rules of Civil Procedure, Local Rules, and Judge Vyscocil Rules,

Joint Letter of Counsel

Plaintiff Byron submits this letter respectfully requesting  "Leave of Court" pursuant to rules and laws stated above, for "leave of court"  so that Defendant Victor Rivera,  Inmate 36210.509 at the United States Prison, New Canaan Penn can be deposed as a party Defendant, either by Zoom or in person on Oct. 31, 2022 or an another date the Warden thereat will select.

It is respectfully requested that a "Leave of Court Order" be signed by Your Honor so that the

Defendant Rivera may be deposed as stated herein.

All Defense counsel have stated by e mail they each do not object to this application.

   Respectfully,

    s/Martin Druyan Esq.,

    Attorney for Plaintiff Shauntee Byron

Page 2                     Byron Letter for Order of Rivera Deposition

Peter Shapiro, Esq.
Lewis Brisbois
Attorneys for Def. Victor Rivera

Brian Sokoloff, Esq.
Sokoloff Stern
Attorneys for Def. Bronx Parent Housing Network

Noah Potter, Esq.
Spec. Asst. Corp. Counsel
Attorneys for Def. City of New York

Md:rm byronjlrp

**The parties are GRANTED leave to proceed with the deposition of the Defendant as agreed upon by both parties. The parties should submit a proposed order to submit to the Warden of the Defendant's facility.  SO ORDERED.**

Date: 10/7/2022
New York, New York

Mary Kay Vyskocil
United States District Judge