# MARTIN DRUYAN AND ASSOCIATES ATTORNEYS

450 7th Ave

N.Y., N.Y. 10123,   Suite  508

917-861-4836, 212-279-5577,

MD@Druyanlaw.com                                            Dec. 18, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 12/19/2022__
```

Hon. Mary K. Vyscocil:                                      By ECF Filing

United States District Court,  SDNY

500 Pearl St.

Foley Square, N.Y. , N.Y.

      Re:  Byron r v Bronx Parent Housing , et al   21 CIV 2568 MKV

      Stipulated Request to Remove Settlement Agreement from Docket Record  98, 98,1


Dear Judge Vyscocil:

  This office represents Plaintiff S. Byron, we stipulate to the  Order requested herein.

  Plaintiff and Def. BPHN request an Order, upon the stipulation of Counsel B. Sokoloff for BPHN, removing the signed settlement agreement from the docket, filed as 98 and 98.1 herein in Dec 2022.

  Plaintiff thanks the Court for its Order directing Mr. Sokoloff to appear at conference Jan. 3, 2023.

  Mr. Sokoloff/BPHN/Zurich Insurance then finally paid the settlement monies, due before 11/20/22,  on Friday Dec. 16, 2022.

  Plaintiff advises the Court the Mr. Sokoloff/BPHN/Zurich Insurance in blatant disregard (Mr. Sokoloff's words) of the settlement agreement in Taylor v BPHN 21 Civ  04890 JLR,  still has not paid the settlement monies in that case, monies also due before 11/20/2022.

  In sum, Plaintiff and Defendant BPHN request an order, upon stipulation  to remove the signed settlement agreement herein from the docket 98, 98.1

  Thank you for the consideration of this matter.

  Very truly yours,

  S/ MARTIN DRUYAN ESQ.

Attorney for Plaintiff S. Byron                    md mm          BY ECF ALL COUNSEL

**The motion to seal is GRANTED.  The Clerk of Court is respectfully requested to seal the signed settlement agreement filed at ECF No. 97-1.  Plaintiff is further advised that *Taylor v. BPHN* is not before this Court, and any concerns regarding the settlement in that matter should be addressed to Judge Rochon.  SO ORDERED.**

Date: 12/19/2022
New York, New York

Mary Kay Vyskocil
United States District Judge