**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAUNTEE BYRON,

                Plaintiff,

  -against-                              21 **CIVIL** 2568 (MKV)

                                         **JUDGMENT**

BRONX PARENT HOUSING NETWORK,
VICTOR RIVERA, CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 20, 2023, the City's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2023

                                                       **RUBY J. KRAJICK**

                                                       _____
                                                        **Clerk of Court**

                            **BY:**     *K. Mango*

                                                         _____
                                                       **Deputy Clerk**